JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LEONARD J. G.,

                    Plaintiff,

        v.

ANDREW SAUL, Commissioner of
Social Security,

                    Defendant.

Case No.  8:19-cv-1525-KES

JUDGMENT

    IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: May 27, 2020

_____
KAREN E. SCOTT
United States Magistrate Judge